UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

**HALEY SMITH,**

    **Plaintiff,**

**v.**

**DR. ERIC CHO,** *et al.*,

    **Defendants.**

CASE NO. 7:24-CV-14-KKC-EBA

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Highlands Defendants' motion for summary judgment (DE 16) is GRANTED;

2) judgment is ENTERED in favor of the Highlands Defendants on all claims;

3) this judgment is FINAL and APPEALABLE; and

4) this matter is STRICKEN from the Court's active docket.

This 17th day of September, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY